**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Superior Boiler Repair Inc** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **95-3612397** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **8204 S Garfield Ave.**  **Bell Gardens, CA 90201**  Number, Street, City, State & ZIP Code  **Los Angeles**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Superior Boiler Repair Inc**_____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor **Superior Boiler Repair Inc** _____     Case number (*if known*)_____
     Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name    _____
        Phone           _____

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Superior Boiler Repair Inc**     Case number (*if known*)
   Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 29, 2018**
                MM / DD / YYYY

X  **/s/ Omar Gamarra**                          **Omar Gamarra**
Signature of authorized representative of debtor         Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Julie J. Villalobos**                 Date  **March 29, 2018**
Signature of attorney for debtor                          MM / DD / YYYY

**Julie J. Villalobos 263382**
Printed name

**Oaktree Law**
Firm name

**10900 183rd Street**
**Suite 270**
**Cerritos, CA 90703**
Number, Street, City, State & ZIP Code

Contact phone  **(562)741-3938**     Email address  **julie@oaktreelaw.com**

**263382 CA**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Debtor **Superior Boiler Repair Inc** _____    Case number (*if known*) _____
Name

▆ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 29, 2018**
              MM / DD / YYYY

X  **/s/ Omar Gamarra**                              **Omar Gamarra**
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Julie J. Villalobos**                       Date  **March 29, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

**Julie J. Villalobos 263382**
Printed name

**Oaktree Law**
Firm name

**10900 183rd Street**
**Suite 270**
**Cerritos, CA 90703**
Number, Street, City, State & ZIP Code

Contact phone  **(562)741-3938**    Email address  **julie@oaktreelaw.com**

**263382 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Superior Boiler Repair Inc** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ally** PO BOX 9001951 Louisville, KY 40290 | | | | | | $17,644.11 |
| **Aqua Serv Engineers** 13560 Colombard Ct Fontana, CA 92337 | | | | | | $27,801.95 |
| **Bell Pipe and Supply** 215 E Ball Rd Anaheim, CA 92805 | | | | | | $3,442.08 |
| **California Hot Water Supply** 15705 S Condon Ave D3 Lawndale, CA 90260 | | | | | | $4,135.99 |
| **Capital Premium Fin.** 12235 S 800 E Draper, UT 84020 | | | | | | $6,679.82 |
| **Credit Union of Southern Califoria** P.O. Box 200 Whittier, CA 90608 | | | | | | $1,800.00 |
| **Dawson Company** 1681 W 2nd St Pomona, CA 91766 | | | | | | $4,688.72 |
| **DMV Renewal** P.o.Box 942894 Sacramento, CA 94294 | | | | | | $2,844.00 |
| **Employment Development Department** PO BOX 826806 Sacramento, CA 94206 | | | | | | $3,490.54 |

Debtor **Superior Boiler Repair Inc**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Heat Technology<br>2950 Airway Ave<br>Suite C3<br>Costa Mesa, CA 92626 | | | | | | $2,882.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | | | | | $9,780.56 |
| Kaiser Permanente<br>PO BOX 830913<br>Birmingham, AL 35283 | | | | | | $2,893.30 |
| little john reuland<br>4575 Pacific Blvd.<br>Los Angeles, CA 90058 | | | | | | $4,968.00 |
| Los Angeles County Collector<br>P.o.Box 54027<br>Los Angeles, CA 90054 | | | | | | $5,465.73 |
| R.F. McDonald Co.<br>10261 Matern Pl.<br>Santa Fe Springs, CA 90670 | | | | | | $20,621.09 |
| Rice General Inc<br>133 19571 Calle Lee<br>Los Alamitos, CA 90720 | | | | | | $8,520.03 |
| Southern California Boiler<br>5331 Business Dr<br>Huntington Beach, CA 92649 | | | | | | $3,005.46 |
| Stuart Lippman and Bryan Swan<br>5447 E Fifth St., Suite 110<br>Tucson, AZ 86541 | | | | | | $5,919.89 |
| US Bank<br>1200 Energy Park Dr<br>Saint Paul, MN 55108 | | | | | | $55,557.74 |
| Western States<br>5635 Sheila St<br>Los Angeles, CA 90040 | | | | | | $4,302.91 |

Superior Boiler Repair Inc
8204 S Garfield Ave.
Bell Gardens, CA 90201


Julie J. Villalobos
Oaktree Law
10900 183rd Street
Suite 270
Cerritos, CA 90703


AAS American Answering
2902 Harney St
Omaha, NE 68131


Airgas USA, LLC
West Region
3737 Worsham Ave
Long Beach, CA 90808


Ally
PO BOX 9001951
Louisville, KY 40290


Angelus Welding
5221 Telegraph Rd.
Los Angeles, CA 90022


Aqua Serv Engineers
13560 Colombard Ct
Fontana, CA 92337


Arco
19100 Ridgewood Parkway
San Antonio, TX 78259

Bell Pipe and Supply
215 E Ball Rd
Anaheim, CA 92805


Board of Equalization
PO box 242879
Sacramento, CA 94279


California Hot Water Supply
15705 S Condon Ave D3
Lawndale, CA 90260


Capital One
PO BOX 5253
Carol Stream, IL 60197


Capital Premium Fin.
12235 S 800 E
Draper, UT 84020


Citi Safepoint Ins Co.
Telecom Dr.
Tampa, FL 33637


City of Bell Garden
7100 Garfield Ave
Bell Gardens, CA 90201


Credit Union of Southern Califoria
P.O. Box 200
Whittier, CA 90608

```
Dawson Company
1681 W 2nd St
Pomona, CA 91766


DMV Renewal
P.o.Box 942894
Sacramento, CA 94294


Edison
PO box 600
Rosemead, CA 91771


Employment Development Department
PO BOX 826806
Sacramento, CA 94206


George T. Hall Co.
1605 Gene Autry Way
Anaheim, CA 92805


Grainger
Grainger dept. 805610771
Palatine, IL 60038


Great West Life
814 Mission St
San Francisco, CA 94103


Guy L. Warden & Son
16626 Parkside Ave
Cerritos, CA 90703
```

Hartford Steam Boiler
100 N 1st St.
Burbank, CA 91502

Haulaway Rubbish
1205 Date St.
Montebello, CA 90640

Heat Technology
2950 Airway Ave Suite C3
Costa Mesa, CA 92626

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

James R. Reed
770 Pilot House Dr
Newport News, VA 23606

Kaiser Permanente
PO BOX 830913
Birmingham, AL 35283

little john reuland
4575 Pacific Blvd.
Los Angeles, CA 90058

Los Angeles County Collector
P.o.Box 54027
Los Angeles, CA 90054

Measurement Control Systems  
1331 S Lyon St.  
Santa Ana, CA 92705  

Mohammad Khan  
2770 3rd Ave Ste 210  
Lake Charles, LA 70601  

Omar Gamarra  
3439 Vandermolen Dr.  
Norco, CA 92860  

Opus Bank  
c/o Mitchell B. Ludwig  
550 North Brand Blvd. Ste 1500  
Glendale, CA 91203  

Opus Bank  
19900 MacArthur Blvd., 12th Floor  
Irvine, CA 92612  

Prada Gamarra  
3439 Vandermolen Dr.  
Norco, CA 92860  

Prudential  
PO Box 290698  
Wethersfield, CT 06129  

Purchase Power  
1349 West Peachtree St  
#1100  
Atlanta, GA 30309

R.F. McDonald Co.
10261 Matern Pl.
Santa Fe Springs, CA 90670


Rice General Inc
133 19571 Calle Lee
Los Alamitos, CA 90720


South Coast Air Quality Management
1500 w Carson St #115
Long Beach, CA 90810


Southern California Boiler
5331 Business Dr
Huntington Beach, CA 92649


Spectrum Business
3 Hutton Centre Dr #600
Santa Ana, CA 92707


Stuart Lippman and Bryan Swan
5447 E Fifth St., Suite 110
Tucson, AZ 86541


UPS
11138 E Del Amo Blvd.
Lakewood, CA 90715


US Bank
1200 Energy Park Dr
Saint Paul, MN 55108

```
Western States
5635 Sheila St
Los Angeles, CA 90040


Wilmington Instrument
332 N Fries Ave
Wilmington, CA 90744
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie J. Villalobos 263382**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382 CA**<br>**julie@oaktreelaw.com**<br><br>■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Superior Boiler Repair Inc**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Julie J. Villalobos 263382**_____, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
       ☐ I am the president or other officer or an authorized agent of the Debtor corporation
       ☐ I am a party to an adversary proceeding
       ☐ I am a party to a contested matter
       ■ I am the attorney for the Debtor corporation
2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
       *[For additional names, attach an addendum to this form.]*
  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 29, 2018**                                         By:  **/s/ Julie J. Villalobos**
Date                                                          Signature of Debtor, or attorney for Debtor

                                                              Name:  **Julie J. Villalobos 263382**
                                                                            Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                   **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Julie J. Villalobos 263382**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382 CA**<br>julie@oaktreelaw.com | FOR COURT USE ONLY |
|---|---|
| ■ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Superior Boiler Repair Inc**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, __Julie J. Villalobos 263382_____, the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
       ☐ I am the president or other officer or an authorized agent of the Debtor corporation
       ☐ I am a party to an adversary proceeding
       ☐ I am a party to a contested matter
       ■ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
       *[For additional names, attach an addendum to this form.]*

  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 29, 2018**                                    By:   /s/ Julie J. Villalobos
Date                                                           Signature of Debtor, or attorney for Debtor

                                                       Name:   **Julie J. Villalobos 263382**
                                                                   Printed name of Debtor, or attorney for Debtor